UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**MEDIATION CERTIFICATION**

| Case Number: | Case Title: |
|---|---|
| 22:22-cv-02671 | First Horizon Corporation, et al. v. Pinnacle Bank |
| Plaintiff Counsel: | |
| Jef Feibelman, Lisa Krupicka, Sarah Stuart, Jennifer Hagerman, | |
| Defendant Counsel: | |
| W. Scott Sims, James Clapper, Kyle Johnson, Nathaniel L. Prosser, Robert Mark Donnell, George Scoville | |
| Presiding Judge: | Mediator: |
| Mark S. Norris | James Chadwick Hatmaker |

I, __James Chadwick Hatmaker__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __06/18/2024__.

As a result of that mediation held on __06/18/2024__.

☐ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

☐ Mediation will continue on _____.

☒ Parties may schedule another session at a later date.

☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| Date: 06/25/2025 | Electronic Signature of Mediator: *s/ J. Chadwick Hatmaker* |