**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TENNESSEE**

**WESTERN DIVISION**

---

**FIRST HORIZON CORP.,**
**FIRST HORIZON BANK,**
**FIRST HORIZON ADVISORS, INC.**

*Plaintiff*,

v.

Civil Action No.: 2:22-cv-02671-BCL-cgc

**PINNACLE FINANCIAL PARTNERS,**
**PINNACLE BANK**

*Defendants*.

---

# ORDER GRANTING MOTION TO EXTEND DEADLINE, DENYING AS MOOT MOTION TO CLARIFY, AND DENYING AS MOOT MOTION FOR PROTECTIVE ORDER

---

The Court has before it a Joint Motion to Extend Deadline to complete Fact Witness Depositions (Doc. 115), a Motion to Clarify or Modify the Fourth Amended Scheduling Order (Doc. 116), and Motion for Protective Order (Doc. 117). In the Joint Motion to Extend Deadline, the Parties ask that the fact witness deposition deadline be moved to November 20, 2026 as to all remaining fact witness depositions. This Motion is **GRANTED.** The Parties are **ADVISED** that additional requests for extensions will be viewed skeptically and will not be granted in the absence of currently unforeseeable good cause.

Additionally, non-party Raymond James Financial Services, Inc., and John Houston filed a Motion to Clarify or Modify the Fourth Amended Scheduling Order so that Mr. Houston's individual capacity deposition could be taken at the later date allowed for his deposition as a

corporate representative. Doc. 116. This Motion is **DENIED** as moot because the extension of the fact witness deposition deadline has already allowed this relief.

Defendant Pinnacle Bank has also filed a Motion for Protective Order. Doc. 117. The certificate of consultation states, "Pinnacle files its Motion for Protective Order to the extent the Court declines to grant the parties' joint motion to extend the deposition deadline." Doc. 117-2 at 1. Because the Court has granted the joint motion, this Motion is **DENIED** as moot.

**IT IS SO ORDERED** on this 15th day of October, 2026.

s/*Brian C. Lea*
BRIAN C. LEA
U.S. DISTRICT COURT JUDGE